DERICK E. KONZ, SBN 286902
 Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants YUBA CITY, KATHERYN DANISAN, D. HAUCK, ENRIQUE JURADO, NICO MITCHELL, and SPENCER KOSKI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WILLIAMS, | Case No.: 2:22-cv-01750-JAM-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR 30-DAY EXTENSION FOR DEFENDANTS' RESPONSIVE PLEADING** |
| vs. | |
| YUBA CITY, et al., | |
| Defendants. | |

Plaintiff and Defendants have been conducting meet and confer over Fed. R. Civ. P. 12(b)(6) issues with Plaintiff's complaint. Plaintiff intends to file an amended complaint and, as a result, on February 7, 2023, the parties filed a stipulation for a 28-day extension for Defendants' responsive pleading deadline, moving it to March 7, 2023.  ECF No. 6.  Plaintiff does not believe that he will be able to get his amended complaint on file by March 7, 2023, and therefore, the parties hereby stipulate to and request an order extending the deadline an additional 30 days, to **April 6, 2023**.

SO STIPULATED.

Dated:  March 6, 2023                              ANGELO, KILDAY & KILDUFF, LLP

                                                                        */s/ Derick E. Konz*
By:_____
   Derick E. Konz
   Attorneys for Defendants YUBA CITY,
   KATHERYN DANISAN, D. HAUCK,
   ENRIQUE JURADO, NICO
   MITCHELL, and SPENCER KOSKI

Dated:  March 6, 2023                              BECKER LAW PRACTICE

                                                                        */s/ Matthew Becker*
                                                                     (Authorized on 3/6/23)
By:_____
   Matthew Becker
   Attorney for Plaintiffs KYLE
   WILLIAMS

# ORDER

Upon stipulation of the parties, and good cause appearing, Defendants' deadline to file a timely response to Plaintiff's Complaint is extended 30 days, to **April 6, 2023**.

**SO ORDERED**.

Dated: March 6, 2023              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE