DERICK E. KONZ, SBN 286902
 Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants YUBA CITY, KATHERYN DANISAN, D. HAUCK, ENRIQUE JURADO, NICO MITCHELL, and SPENCER KOSKI

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YUBA CITY, et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01750-JAM-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS' RESPONSIVE PLEADING** |

　　　Plaintiff filed this action on October 3, 2022. ECF No. 1.  The parties met and conferred over whether portions of the Complaint could survive a motion to dismiss and Plaintiff agreed to file an amended complaint.  See ECF Nos. 6 & 7.  On May 2, 2023, the Court ordered Plaintiff to file an amended complaint by July 3, 2023 and Defendants to file a responsive pleading by August 1, 2023.  ECF No. 13.  Plaintiff filed a First Amended Complaint ("FAC") on July 3, 2023.  ECF No. 14.  Since that time, the parties have met and conferred over whether the FAC could survive a motion to dismiss.  Counsel for Plaintiff requests, and Defendants stipulate, to move Defendants' responsive pleading deadline from August 1, 2023 to August 25, 2023 because counsel for Plaintiff has a jury trial in August that will make it very difficult for him to draft an opposition with fourteen days if Defendants' motion to dismiss is filed on August 1, 2023.

///

1  Accordingly, the parties hereby stipulate to move Defendants' responsive pleading
2  deadline from **August 1, 2023** to **August 25, 2023**, and seek Court permission to do so.
3  SO STIPULATED.

Dated:  July 25, 2023                              ANGELO, KILDAY & KILDUFF, LLP

                                                                                     /s/ *Derick E. Konz*
                                                          By:_____
                                                              DERICK E. KONZ
                                                              Attorney for Defendants YUBA CITY,
                                                              KATHERYN DANISAN, D. HAUCK,
                                                              ENRIQUE JURADO, NICO
                                                              MITCHELL, and SPENCER KOSKI

Dated:  July 25, 2023                              BECKER LAW PRACTICE

                                                                  /s/ *Matthew Becker* (auth. on 7/24/23)
                                                          By:_____
                                                              MATTHEW BECKER
                                                              Attorney for Plaintiff KYLE WILLIAMS

## **ORDER**

Upon stipulation of the parties, and good cause appearing, Defendants' deadline to file a responsive pleading is extended from August 1, 2023 to August 25, 2023.

**SO ORDERED**.

Dated:  July 25, 2023                              /s/ John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      SENIOR UNITED STATES DISTRICT JUDGE