DERICK E. KONZ, ESQ., SBN 286902
 Email: dkonz@akk-law.com
WILLIAM J. BITTNER., ESQ., SBN 292056
 Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants YUBA CITY, KATHERYN DANISAN, D. HAUCK, ENRIQUE JURADO, NICO MITCHELL, and SPENCER KOSKI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WILLIAMS,<br><br>          Plaintiff,<br><br>     vs.<br><br>YUBA CITY, et al.,<br><br>          Defendants. | Case No.: 2:22-cv-01750-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiff filed a Second Amended Complaint ("SAC") on January 8, 2024. ECF 23.  Per ECF 22, Defendants' responsive pleading is due on January 29, 2024.  Defendants request and Plaintiff stipulates to extend Defendants' responsive pleading deadline by fourteen days, so that the parties can thoroughly meet and confer regarding whether the claims in the SAC could survive a motion to dismiss.

///

///

///

///

Pursuant to Local Rule 144(a), the parties hereby stipulate to extend the time for Defendants YUBA CITY, KATHERYN DANISAN, D. HAUCK, ENRIQUE JURADO, NICO MITCHELL, and SPENCER KOSKI to file a timely response to Plaintiff's Complaint by fourteen days.

Accordingly, the parties hereby stipulate to move Defendants' responsive pleading deadline from **January 29, 2024** to **February 12, 2024**, and seek Court permission to do so. SO STIPULATED.

Dated: January 30, 2024                              ANGELO, KILDAY & KILDUFF, LLP

                                                     */s/ William J. Bittner*
                                                     By:_____
                                                     DERICK E. KONZ
                                                     WILLIAM J. BITTNER
                                                     Attorney for Defendants YUBA CITY,
                                                     KATHERYN DANISAN, D. HAUCK,
                                                     ENRIQUE JURADO, NICO
                                                     MITCHELL, and SPENCER KOSKI

Dated: January 30, 2024                              BECKER LAW PRACTICE

                                                     */s/ Matthew Becker*
                                                      *(as authorized on 1.29.2024)*
                                                     By:_____
                                                     MATTHEW BECKER
                                                     Attorney for Plaintiff KYLE WILLIAMS

## **ORDER**

Upon stipulation of the parties, and good cause appearing, Defendants' deadline to file a responsive pleading is **EXTENDED** from January 29, 2024, to **February 12, 2024**.

**SO ORDERED**.

Dated: January 30, 2024                              /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     SENIOR UNITED STATES DISTRICT JUDGE